# UNITED STATES BANKRUPTCY COURT
### Eastern District of New York

*NOTE: All documents filed in this matter must be identified by both
adversary and bankruptcy case numbers, case chapter and judge's initials.*

In re:   Soup Kitchen International Inc.                    Bankruptcy Case No.: 1-10-44670-cec

           Fern Penny Hart

                                    Plaintiff(s),
                                                            Adversary Proceeding No. 1-10-01330-cec

           John Bello
           Maj-Britt Rosenbaum
           William McCreery
                                    Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**Address of Clerk:**
           **United States Bankruptcy Court**
           **271 Cadman Plaza East, Suite 1595**
           **Brooklyn, NY 11201–1800**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of
Plaintiff's Attorney:**   **Mitchell David Cohen**
                           **Vedder Price P.C.**
                           **1633 Broadway**
                           **47th Floor**
                           **New York, NY 10019**

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| **Location:** United States Bankruptcy Court, 271 Cadman Plaza East, Courtroom 3529-3rd Floor , Brooklyn, NY 11201–1800 | **Date and Time:** September 22, 2011 at 3:00 PM |
| --- | --- |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated:   July 14, 2011                                            Robert A. Gavin, Jr., Clerk of the Court

Summons [Summons and Notice of Pretrial Conf. rev. 03/16/2009]

United States Bankruptcy Court
Eastern District of New York

Hart,
    Plaintiff                                   Adv. Proc. No. 10-01330-cec

Bello,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0207-1        User: dmcfadden        Page 1 of 1        Date Rcvd: Jul 14, 2011
                              Form ID: pdf000       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2011.
aty          +Michael John Goettig,    Vedder Price P.C.,    1633 Broadway,    47th Floor,
               New York, NY 10019-6771
aty          +Mitchell David Cohen,    Vedder Price P.C.,    1633 Broadway,    47th Floor,
               New York, NY 10019-6771
aty           Steven R. Berger,    Vedder Price P.C.,    1633 Broadway,    47 Floor,    New York, NY   10019

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jul 14 2011 18:13:27     United States Trustee,
               271 Cadman Plaza East,    Suite 4529,    Brooklyn, NY 11201-1833
                                                                                                                                                   TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 16, 2011**                                  **Signature:**    */s/ Joseph Speetjens*